# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOGINDER CHEEMA,**<br><br>Defendant. | Criminal No. 7:09-cr-15 (HL) |

## ORDER

Before the Court is the United States of America's Motion to Dismiss Indictment (Doc. 143). For the reasons stated therein, the Motion is granted. The indictment against Defendant Joginder Cheema is dismissed without prejudice.

**SO ORDERED**, this 7th day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr